# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs. | ) | 1:19CR00120-1 |
| | ) | |
| **James Tyrone Sledge** | ) | |

## ORDER

On February 13, 2020, James Tyrone Sledge appeared before the Court, and was sentenced, following a guilty plea, to 42 months imprisonment, followed by a 3-year term of supervised release, for the offense of possession of a firearm by a prohibited person. Sledge was further ordered to pay a $100 special assessment, due immediately, and a $1,500 fine, payable at the rate of $50 per month. Sledge released to supervision on January 23, 2025.

On December 8, 2025, a petition to show cause why Sledge's term of supervised release should be revoked was filed. The petition alleged that Sledge failed to refrain from drug usage on four separate occasions and failed to comply with his court-ordered curfew on three occasions.

On January 20, 2026, a final revocation hearing was held to address the violations outlined above. Sledge, through his attorney, stipulated to all seven violations outlined in the petition. The Court recessed the revocation hearing for 6 months (until July 20, 2026, at 10:00 a.m.) and ordered Sledge to follow up with any pain management appointments and treatment, as well as ensure he takes all medications as prescribed. Additionally, Sledge was ordered to sign a medical release of information form so the probation officer can verify his medical treatment, to include medications. While in recess, all conditions of supervision previously imposed by the Court on February 13, 2020, shall remain in full force and effect.

The Court further conveyed during the January 20, 2026, hearing that if Sledge further violates the terms and conditions of his supervision, he is to immediately be brought back before the Court for revocation.

**SO ORDERED**, this 22nd day of January, 2026.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA